# UNITED STATES DISTRICT COURT
for the
District of Montana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| ROLANDO ALVEAR | ) | MJ-25-116-GF-JTJ |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  10/22/2025  in the county of  Cascade  in the
_____ District of  Montana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC § 111(a)(1) | Assaulting, Resisting, and Impedeing a Federal Officer (Penalty: One year of imprisonment, $100,000 fine, one year of supervised release, $25 special assessment) |

This criminal complaint is based on these facts:
See attached.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Adam Cates, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/22/2025

_____
*Judge's signature*

City and state: Butte, Montana

Hon. John Johnston, United State Magistrate Judge
*Printed name and title*